# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

LYNN MIMS and TRUDY BENSON,  )
        Plaintiffs,  )
    )  **JUDGMENT IN A CIVIL CASE**
    )  **CASE NO. 5:04-CV-237-F(3)**
v.  )
    )
THOMPSON CADILLAC-OLDSMOBILE, INC.,  )
        Defendant.  )

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that plaintiff's Motion for Back Pay [DE-129] is ALLOWED, and defendant hereby is ORDERED to pay plaintiff back pay in the sum of $111,148.76. Additionally, plaintiff's Final Motion for Attorney's Fees [DE-148] is ALLOWED, and defendant hereby is ORDERED to pay plaintiff attorney's fees in the sum of $60,417.25. Finally, defendant's Motion to Order that plaintiff's Motion for Attorney's Fees have the Same Effect under Federal Rule of Appellate Procedure 4(a)(4) as a Timely Rule 59 Motion [DE-155] is ALLOWED, and it hereby is ORDERED that Plaintiff's Final Motion for Attorney Fees [DE-148] has the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Federal Rule of Civil Procedure 59. Furthermore, in accordance with this court's July 18, 2006, Order, it is hereby ORDERED that Plaintiff is entitled to pre-judgment interest on her award of back pay, and post-judgment interest on her award of compensatory damages.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 1, 2006**, AND A COPY MAILED TO:

| | |
|---|---|
| James E. Hairston<br>100 E. Parrish St., Suite 350<br>Durham, NC 27701 | Lyn K. Broom<br>101 S. Elm Street, Suite 350<br>Greensboro, NC 27401 |
| Anthony M. Brannon<br>Lawyers Weekly Bldg.,<br>107 Fayetteville St. Mall, Suite 201<br>Raleigh, NC 27601 | Paul A. Daniels<br>P.O. Box 1898<br>Greensboro, NC 27420-1898 |
| Robert Julius Lane<br>Lawyers Weekly Bldg.<br>107 Fayetteville St. Mall, Suite 220<br>Raleigh, NC 27601 | |

November 1, 2006
Date

MICHAEL BROOKS,
Acting Clerk of Court

/s/ Susan K. Enyart
*(By) Deputy Clerk*

*Wilmington, North Carolina*